**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**KAYLA BUSBY,**

**Plaintiff,**

**-v-**

**BMO FINANCIAL GROUP, and**
**PRIORITY RECOVERY SERVICES,**

**Defendants.**

**Civil Case Number: 7:26-cv-02017-PMH**

**~~[PROPOSED]~~ ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 30, 2026, Stipulation and Consent to Plaintiff's Filing of Plaintiff's Amended Complaint; Plaintiff is granted leave to file the Plaintiff's Amended Complaint

**SO ORDERED THIS** 3rd **day of** ~~July 2026~~ August 2026.

HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE